## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| ILFRICH INTEGRATED SOLUTIONS, INC. and GARAGE FORCE CAPITAL, INC., | ) ) ) ) | Case No. 3:19-cv-00200-wmc |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| GARAGE FORCE OF DENVER SOUTH, LLC, FLOOR COATINGS USA LLC, DAVID FESSENDEN, AND CHAR FESSENDEN, | ) ) ) ) ) ) | |
| Defendants, | ) ) | **ORDER FOR PERMANENT INJUNCTION BY CONSENT** |
| and | ) ) | |
| DAVID FESSENDEN, | ) ) | |
| Third Party Plaintiff, | ) ) | |
| vs. | ) ) | |
| MIKE PETERSON, PATRICK ILFREY, and ROSS CRAVENS, | ) ) ) | |
| Third Party Defendants. | ) ) | |

Based upon the Joint Motion to Enter Permanent Injunction By Consent signed by the parties, IT IS HEREBY ORDERED that:

1. Defendants Garage Force Denver South, LLC, Floor Coatings USA LLC, David Fessenden, and Char Fessenden (collectively "Defendants"), together with their agents, servants, employees, attorneys, and those persons acting in concert or participation with them, shall:

    a. For a period of 18 months from the date of this Order, cease and desist from owning, operating, engaging in, being associated with or have any interest in any business – including, but not limited to Floor Coatings USA – that is in any way

competitive with or similar to the Garage Force® business system, or a facet thereof, within (i) the former Garage Force® franchise territories of Defendant Garage Force Denver South, LLC ("Denver South"), (ii) the franchise territory of any other Garage Force® business operated by Ilfrich Integrated Solutions, Inc. ("Ilfrich") or any of its franchisee, and (iii) within 50 miles of any of the areas described in (i) or (ii) above;

b. Cease and desist from using any of Plaintiff Ilfrich's trademarks, the Garage Force® tradename, and all confusingly similar names or trademarks related to the Garage Force® Franchise System or Business System;

c. Deliver to Ilfrich all manuals, proprietary information, confidential materials, business plans and strategies, marketing and advertising plans, drawings, client lists, materials, brochures, marketing materials, technology, methods, procedures, specifications, techniques, teaching methods, computer software programs, systems and other business information that Ilfrich copyrights or designates as trade secret, confidential, or proprietary;

d. Cease using Ilfrich's customer lists;

e. Cease using any of Ilfrich's distinctive, proprietary, or confidential operational, administrative, or advertising techniques, systems, know-how, or trade secrets that Ilfrich disclosed to the Defendants Garage Force Denver South, LLC, David Fessenden, and Char Fessenden ("Denver South Defendants"); and

f. Notify the telephone company and all listing agencies of the termination of Defendants' right to use the telephone numbers and directory listings used in the operation of the Denver South Defendants' former Garage Force® franchised businesses and authorize the telephone company and listing agencies to transfer to Ilfrich (or its designated assignee) all telephone numbers and directory listings for the Denver South Defendants' former Garage Force® businesses.

2. It is FURTHER ORDERED that Defendants shall file with the Court and serve on Plaintiffs' counsel a report in writing and under oath, within fifteen days from the date of this order, setting forth in detail the manner and form in which Defendants have complied with this preliminary injunction.

SO ORDERED.

Dated: April 24, 2019.

BY THE COURT

_____
Honorable William M. Conley
Judge of United States District Court

GP:4830-6741-1092 v3